UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL A. PONCE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C17-570-JPD<br><br>ORDER GRANTING MOTION AND ADVISING COUNSEL THAT OPENING BRIEF FAILS TO COMPLY WITH LOCAL RULES OF THIS DISTRICT |

Based upon the plaintiff's motion to file an over-length opening brief, Dkt. 13, it is hereby ORDERED that plaintiff's motion to file a twenty-five page brief is GRANTED. **However, plaintiff's counsel is advised that motions to file over-length briefs pursuant to LCR 7(f) are disfavored, and will not be routinely granted in the future**. In particular, the Court did not find the length of the record as described by plaintiff's counsel to be exceptional.

In addition, the Court is troubled by the fact that plaintiff's opening brief contains a font size that appears to be smaller than 12 point, and has a right-hand margin less than one inch wide as required by LCR 10. Dkt. 14. Such noncompliance with LCR 10 typically evinces an attempt by counsel to evade the page-limit requirements set forth in the Court's Scheduling Order. Plaintiff's counsel is advised that the Court will review his firm's future submissions carefully, and any briefs that fail to comply with LCR 10 will be stricken.

ORDER
PAGE - 1

Accordingly, the Court ORDERS as follows:

- Plaintiff's Opening Brief is limited to twenty-five (25) pages in length, excluding any attachments;

- Defendant's Responsive Brief is limited to twenty-five (25) pages in length, excluding any attachment; and

- Plaintiff's Reply Brief is limited to nine (9) pages in length, excluding any attachments.

**All deadlines previously set by the Court remain in effect.**

DATED this 23rd day of August, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge